**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 20-CV-24459-PCH**

**WINDY LUCIUS**,

     Plaintiff,

v.

**KITON CORPORATION**,

     Defendant.

_____/

**CLOSED CIVIL CASE**

### ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** is before the Court on Plaintiff's Notice of Voluntary Dismissal with Prejudice [ECF No. 11]. Having reviewed the record and otherwise being fully advised in the premises, it is hereby

**ORDERED and ADJUDGED** that (1) this action is hereby **DISMISSED WITH PREJUDICE**; (2) each party is responsible for their own fees and costs associated with this action; (3) no sanctions shall be considered or granted against any party; (4) the Clerk of Court is directed to **CLOSE** this case; and (5) any pending motions are moot and therefore **DENIED** without prejudice.

**DONE and ORDERED** in Miami, Florida on January 20, 2021.

_____
Paul C. Huck
United States District Judge

cc: Counsel of record